JANUARY 16, 1950.*

*Per Curiam Decisions.*

No. 472. HORN ET AL. *v.* CHICAGO.                *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want

---

*MR. JUSTICE DOUGLAS took no part in the consideration or decision of the cases in which judgments or orders were this day announced.

of jurisdiction. 28 U. S. C. § 1257 (2). Treating the papers whereon the appeal was allowed as a petition for writ of certiorari as required by 28 U. S. C. § 2103, certiorari is denied. *Lloyd Lanham* for appellants. *Benjamin S. Adamowski, L. Louis Karton* and *Arthur Magid* for appellee.